**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**VICTORIA GARRETT**                                                                                    **PLAINTIFF**
**ADC #708139**

**VS.**                                              **NO: 1:15-CV-00121-BRW**

**MOORE,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United

States Magistrate Judge Patricia S. Harris.  No objections have been filed and the time for doing so

has passed.[1]  After careful consideration, I adopt as my findings in all respects the Proposed Findings

and Recommended Disposition in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to

pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's

order.

I certify that an *in forma pauperis* appeal would be frivolous and not made in good faith.

IT IS SO ORDERED this 5th day of January, 2016.


                                                           */s/Billy Roy Wilson*
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Monday, January 4, 2016.